STATE of Missouri, Respondent,

v.

Gary D. GREEN, Appellant.

Gary GREEN, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 47260, WD 48898.

Missouri Court of Appeals,
Western District.

May 23, 1995.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and
LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM:

Consolidated appeal from convictions of assault in the first degree, § 565.050, RSMo 1994, and armed criminal action, § 571.015.1, RSMo 1994; and from denial of Rule 29.15 postconviction motion.

The conviction is affirmed, and the denial of postconviction motion is affirmed. Rules 30.25(b) and 84.16(b).

Randy Lon HORTON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 49657.

Missouri Court of Appeals,
Western District.

May 23, 1995.

Judith C. LaRose, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and SMART and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Randy Horton, appellant, pleaded guilty to one count of assault in the second degree, in violation of § 565.060, RSMo 1994, and one count of armed criminal action, in violation of § 571.015, RSMo 1994. Horton was sentenced to a term of imprisonment of seven years and fifteen years respectively, to be served concurrently.

Horton filed a *pro se* Rule 24.035 motion alleging ineffective assistance of counsel wherein Horton claimed that his plea attorney told him that he would not be sentenced to more than seven years in the custody of the Department of Corrections. Horton's motion was denied following an evidentiary hearing. Horton appeals.

This court holds that the denial of Horton's Rule 24.035 motion was not error. Judgment is affirmed. Rule 84.16(b).